UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY HUTCHENS, and KAREN ROBERTS,<br><br>      Plaintiffs,<br><br>  v.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION, et al.,<br><br>      Defendants. | NO. 2:11-cv-0428 FCD DAD<br><br>**<u>ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS</u>** |

----oo0oo----

1. The hearing on Plaintiffs' Motion for Remand to State Court and for Attorney Fees (Docket No. 15) is continued to May 13, 2011, at 10:00 a.m. Defendants shall file and serve their opposition brief or notice of non-opposition no later than April 29, 2011. Plaintiffs may file and serve a reply on or before May 6, 2011.

2. Defendants' counsel, Charles Bell, Jr., and David Scott, are ordered to show cause why they should not each be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to plaintiffs' motion in compliance with Local Rule 230(c).

     3.   Defendants' counsel shall file their responses to the order to show cause on or before April 29, 2011.

     4.   A hearing on the order to show cause, if necessary, will follow the hearing on the motion.

     IT IS SO ORDERED.

DATED: April 19, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE