UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

BARRY HUTCHENS and KAREN
ROBERTS,

        Plaintiffs,

    v.

FEDERAL HOME LOAN MORTGAGE
CORPORATION, AEGIS WHOLESALE
CORPORATION, AURORA LOAN
SERVICES, QUALITY LOAN SERVICE
CORP., and DOES 1-20
inclusive,

        Defendants.

_____/

Civ. No. 2:11-cv-0428 FCD/DAD

ORDER

----oo0oo----

    This matter is before the court on the motion of plaintiffs Barry Hutchens and Karen Roberts to remand to state court. Defendants Federal Home Loan Mortgage Corporation and Aurora Loan Services LLC filed a statement of non-opposition to the motion to remand. (Docket #20.) Further, in responding to the court's order to show cause regarding why defendants had previously failed to respond to plaintiffs' motion to remand, defendants'

1

counsel represents that he did not file an opposition because, in his experience, "failure to file an opposition to a noticed motion generally leads to the Court granting said motion in the moving party's favor." (Decl. of Charles E. Bell [Docket #19], filed Apr. 20, 2011, ¶ 7.)[1]  Accordingly, plaintiffs' motion is GRANTED, and this case is remanded to the Superior Court of California, County of Sacramento.[2]

    IT IS SO ORDERED.

DATED: April 25, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

---

[1]    Defendant Quality Loan Service Corp. also filed a response to the order to show cause, stating it did not file an opposition or statement of non-opposition because it believed it was no longer a party to the litigation.  (Docket #21.)

[2]    Plaintiffs also noticed their motion as a motion for attorneys fees.  However, plaintiffs wholly fail to raise, let alone support, any argument relating to fees in their motion.  Accordingly, plaintiffs' motion for fees is DENIED.